IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EGGERS EXECUTIVE SEARCH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST MERCHANTS CORPORATION, an Indiana corporation,<br><br>Defendant. | 8:25CV640<br><br>**ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

This case is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Filing 11. The record shows that Defendant filed a Motion to Dismiss Plaintiff's Complaint or, Alternatively, Transfer Venue. Filing 5. However, Defendant has not filed either an answer or a motion for summary judgment, which would have made voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) without a court order inappropriate. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (explaining that voluntary dismissal without a court order is permissible when a notice of dismissal is filed "before the opposing party serves either an answer or a motion for summary judgment."). Nevertheless, District policy requires a judge to enter an order dismissing a case when a notice of case dismissal is filed in a notice of removal case, such as this one. *See* Filing 1 (Notice of Removal). The time for any opposition to the voluntary dismissal of the case without prejudice has now run without any opposition being filed. Accordingly,

IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Filing 11, is accepted, and this case is

1

2

dismissed without prejudice. Defendant's pending Motion to Dismiss Plaintiff's Complaint or, Alternatively, Transfer Venue, Filing 5 is denied as moot.

Dated this 12th day of December, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge